ORIGINAL

1  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA 94104
   Telephone: (415) 875-2300
4  Facsimile: (415) 281-1350

5  ERIC BALL (CSB NO. 241327)
   eball@fenwick.com
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, CA 94041
8  Telephone: (650) 988-8500
   Facsimile: (650) 938-5200

10 Attorneys for Plaintiff
   INTEL CORPORATION

FILED
2010 JUL 28 P 3: 18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 10 3312 JL

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br>  Plaintiff,<br>vs.<br>FAMILYINTEL, LLC, a Virginia limited liability company.<br>  Defendant. | Case No.<br><br>**PLAINTIFF INTEL CORPORATION'S FED. R. CIV. PROC. 7.1(a) AND CIVIL L.R. 3-16 DISCLOSURE STATEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Intel Corporation's Disclosure Statement                             Case No.

1  Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Intel Corporation discloses that it
2  has no parent corporation and that no publicly held corporation owns 10% or more of its stock.
3  Pursuant to Civil Local Rule 3-16 the undersigned certifies that as of this date, other than the named
4  parties, there is no such interest to report.

Dated: July 28, 2010

Respectfully submitted,

FENWICK & WEST LLP

By: /s/ Jedediah Wakefield (EJB)

Attorneys for Plaintiff
INTEL CORPORATION

JEDEDIAH WAKEFIELD
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

ERIC BALL
eball@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

## JURY DEMAND

Plaintiff hereby requests a trial by jury.

Dated: July 28, 2010

Respectfully submitted,

FENWICK & WEST

By: /s/ Jed Wakefield (JTB)

Attorneys for Plaintiff
INTEL CORPORATION

JEDEDIAH WAKEFIELD
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

ERIC BALL
eball@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200